IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICKHOLAS KNIGHT, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0250-CB-M |
| ROBERT BENTLEY, et al., | : |
| Defendants. | : |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 6th day of August, 2013.

s/*Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
Senior United States District Judge